# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RUSSELL LANDE, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF BETHLEHEM, et al. | : | No. 07-2902 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **December, 2010**, upon consideration of Defendants' motions for summary judgment, Plaintiff's responses thereto, the parties' supplemental briefing, following a hearing on November 18, 2010, and for the reasons provided in this Court's Memorandum dated December 10, 2010, it is hereby **ORDERED** that:

1. Defendants' motions (Document Nos. 44, 45) are **GRANTED** with respect to plaintiff's federal claims.

2. Plaintiff's state law claims are **DISMISSED** pursuant to 28 U.S.C. § 1367(c)(3).

3. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**